UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK SENIOR, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

CAVALIER GALLERY, LLC,

                Defendant.

22-CV-9903 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On December 8, 2022, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. As of today's date, the parties have not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

      The parties shall submit their joint letter no later than February 28, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 14, 2023
             New York, New York

                                                  Hon. Ronnie Abrams
                                                United States District Judge