UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

CAVALIER GALLERY, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-9903

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CAVALIER GALLERY, LLC, without prejudice and without fees and costs.

Dated: New York, New York
       March 27, 2023

                                  **GOTTLIEB & ASSOCIATES**

                                  */s/Michael A. LaBollita, Esq.*

                          Michael A. LaBollita, Esq., (ML-9985)
                            150 East 18th Street, Suite PHR
                                 New York, NY 10003
                                   Phone: (212) 228-9795
                                    Fax: (212) 982-6284
                                Michael@Gottlieb.legal

                                   *Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. Ronnie Abrams
United States District Court Judge
03/30/2023